**Order entered September 1, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00179-CV

### IN THE INTEREST OF A.P.N., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-05082**

## ORDER

Before the Court is appellant's August 28, 2020 motion to extend time to file his brief. Appellant explains the extension is necessary because the reporter's record filed July 20, 2020 is "illegible," contains "numerous typographical errors," and "is not logical;" "the reasoning" in the record "is not accurate;" and "grammatically," the record "does not make sense." Appellant asks the Court to order the reporter, LaToya Young, to "review and revise" the record and file the revised record by a date certain. He further asks the Court to set the deadline for filing his brief to thirty days from the date the corrected record is filed.

We note appellant does not identify the portions of the record that are inaccurate and does not indicate whether the record can be corrected by agreement of the parties without the reporter's recertification. *See* TEX. R. APP. P. 34.6(e). Accordingly, we **DENY** the motion without prejudice to refiling.

On the Court's own motion, we **EXTEND** the deadline for filing appellant's brief to September 15, 2020.

/s/    ERIN A. NOWELL
        JUSTICE